**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| SKYLAR MOTTLEY, | ) | Honorable Sara Ellis |
| | ) | |
| Plaintiff, | ) | Case No. 21 CV 2705 |
| | ) | |
| v. | ) | |
| | ) | |
| MALTE ROLING, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR SANCTIONS**

Plaintiff, Skylar Mottley, by her attorney, Arlo Walsman of the Arlo Law Office, hereby moves this Honorable Court to enter an Order sanctioning Defendants pursuant to Federal Rule of Civil Procedure 37(b)(2).

1.     Plaintiff issued interrogatories and requests to produce documents to Defendants Malte Roling, Victor Doydora, Rosendo Javier, Chris Koziol, Ethan Olson, David Gomez, CO Pinrod, CO Phillips, CO Hester, and CO Remmers (collectively "Defendants") on April 1, 2022.

2.     On July 3, 2023, Plaintiff filed a motion to compel discovery based on the fact that Defendants had not answered Plaintiff's written discovery requests.  Docket No. 38.

3.     On July 11, 2023, this Court granted Plaintiff's motion to compel and ordered Defendants to answer written discovery by August 18, 2023.  Docket No. 40.

4.     Defendants have failed to comply with this Court's order and have failed to answer Plaintiff's written discovery requests.

5.     Pursuant to Federal Rule of Civil Procedure 37(b)(2), this Court should sanction Defendants as follows:

   (1)     Prohibiting Defendants from offering any evidence at trial or any evidence in support of their defenses.

1

(2)     Striking Defendants' answers.

(3)     Entering default judgment against Defendants.

6.      Further, this Court should order Defendants to pay Plaintiff's attorney's fees in bringing this motion in the amount of $400.00, pursuant to Rule 37(b)(2)(C).

WHEREFORE, for all the foregoing reasons, Plaintiff respectfully asks this Honorable Court to enter an Order sanctioning Defendants as outlined above, along with any other relief deemed fair and just.

Respectfully submitted,

By: /s/ ARLO WALSMAN

Arlo Law Office
Attorney for Plaintiff
161 North Clark Street, Suite 2500
Chicago, Illinois 60601
(312) 313-0035
arlo@arlolawoffice.com
Attorney No. 6321684

2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SKYLAR MOTTLEY, | ) | Honorable Colin S. Bruce |
| | ) | |
| Plaintiff, | ) | Case No. 20 CV 1247 |
| | ) | |
| v. | ) | |
| | ) | |
| CORRECTIONAL OFFICER NICHOLAS | ) | |
| PAGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Arlo Walsman, an attorney, hereby certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will electronically send such notice to:

> Andrew O'Donnell
> Attorney for Defendants
> Illinois Attorney General's Office
> 100 W. Randolph St., 13th Floor
> Chicago, IL 60601
> aodonnell@atg.state.il.us

By: /s/ ARLO WALSMAN

3