**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| SKYLAR MOTTLEY, | ) | Honorable Sara L. Ellis |
| | ) | |
| Plaintiff, | ) | Case No. 21 CV 2705 |
| | ) | |
| v. | ) | |
| | ) | |
| MALTE ROLING, | ) | |
| VICTOR DOYDORA, | ) | |
| DANIEL GRAY, | ) | |
| ROSENDO JAVIER, | ) | |
| CHRIS KOZIOL, | ) | |
| ETHAN OLSON, | ) | |
| DAVID GOMEZ, | ) | |
| DEEMARCES HESTER, and | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S AGREED MOTION FOR VOLUNTARY DISMISSAL**

Plaintiff, Skylar Mottley, by her attorney, Arlo Walsman of the Arlo Law Office, hereby moves this Honorable Court to enter an Order dismissing her case without prejudice pursuant to Federal Rule of Civil Procedure 41.

1. On May 19, 2021, Plaintiff filed her complaint in this matter.

2. Plaintiff wishes to voluntarily dismiss her case pursuant to Federal Rule of Civil Procedure 41.

3. Defendant has no objection to this motion.

WHEREFORE, for all the foregoing reasons, Plaintiff respectfully asks this Honorable Court to enter an Order dismissing her case without prejudice pursuant to Rule 41, along with any other relief deemed fair and just.

Respectfully submitted,

By: /s/ ARLO WALSMAN

1

Arlo Law Office
Attorney for Plaintiff
161 North Clark Street, Suite 2500
Chicago, Illinois 60601
(312) 313-0035
arlo@arlolawoffice.com
Attorney No. 6321684